THE BENEFICIAL SOCIETY OF THE CITY OF BURLINGTON
v. TYLEE W. WHITE.

A state of demand against a beneficial society claiming a balance alleged
to be due during the plaintiff's sickness, at the rate of three dollars
per week, "the sum paid by said society to the sick of said society,"
*held* not to contain a legal cause of action.

This was a *certiorari* to the Common Pleas of the county
of Burlington, in a case of appeal from the judgment of a
justice; argued by *F. Kingman*, for plaintiff, and *A. Brown-
ing*, for defendants, before HAINES and ELMER, Justices.

The opinion of the court was delivered by

ELMER, J.   No principle is better settled, than that a state
of demand which does not state facts enough to establish the
liability of the party sued, without the necessity of supplying
other facts by proof, is radically defective, and will not sup-
port a judgment.   Unfortunately for the plaintiff in the court
below, who we must presume has a meritorious claim against
the defendants, he has failed to show it to be legal.   His de-
mand is for the balance alleged to be due him from a benefi-
cial society during his sickness, thirty-five weeks and one day,
at the rate of three dollars per week, "the sum paid by said
society to the sick of said society;" but he does not state how
the obligation to pay this money arises, what the rules and
regulations in regard to beneficiaries are, or that he has com-
plied with such rules; all of which was necessary to render
them liable to an action.

The judgment must be reversed.